

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-21-00098-CR

Isaac **CARDENAS,**
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10269
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's brief was due May 20, 2021.  On June 4, 2021, appellant's counsel filed the brief and a motion for extension of time in which to file the brief.  The motion is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court